**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**JAMES CALDWELL,**

      **Plaintiff,**        **CIVIL ACTION NO.  07-CV-10398**

 **VS.**               **DISTRICT JUDGE PAUL V GADOLA**

**WAYNE, COUNTY OF**      **MAGISTRATE JUDGE MONA K. MAJZOUB**

      **Defendant.**

_____/

**ORDER WITHDRAWING ORDER GRANTING IN FORMA PAUPERIS STATUS**

On February 27, 2007 this Court entered an Order granting Plaintiff's Application to Proceed Without Prepayment of Fees.  (Docket no. 9).  Plaintiff had submitted an Application to Proceed Without Prepayment of Fees but failed to submit a copy of his prison trust account.  This statement showing the deposits to his prison trust account is needed to calculate the initial partial filing fee.  The Court's entry of the February 27, 2007 Order was therefore premature.  The Order will be withdrawn and a new Order will issue once the Court receives all of the required information.

**IT IS THEREFORE ORDERED** that this Court's Order Granting IFP Status entered on February 27, 2007 (docket no. 9) is **WITHDRAWN.**

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: March07, 2007        s/ Mona K. Majzoub_____
                        MONA K. MAJZOUB
                        UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

I hereby certify that a copy of this order was served upon James Caldwell, U.S. Marshal

and the Public Service Department.


Dated: March 07, 2007          s/ Lisa C. Bartlett
                                                Courtroom Deputy